UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BUDZASH,, <br><br> Plaintiff, <br><br> v. <br><br> HOWELL TOWNSHIP, et al., <br><br> Defendants. | Civil Action No. 08-2583 (PGS) <br><br> **ORDER** |

A Report and Recommendation was filed on March 22, 2013 recommending that this Court dismiss Plaintiff's complaint without prejudice based on Plaintiff's repeated failure to comply with Court Orders and file a proper amended pleading in this matter. The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing;

It is, on this 17th day of June, 2013;

**ORDERED** that the Report and Recommendation of Magistrate Judge Tonianne J. Bongiovanni at docket entry 86 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that, for the reasons set forth in the Report and Recommendation, Plaintiff's complaint is dismissed without prejudice

_____
PETER G. SHERIDAN, U.S.D.J.